**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────────

**No. 99-7459**

─────────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES M. HALL, JR.,

                              Defendant - Appellant.

─────────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CR-90-9, CA-97-309-3)

─────────────────

Submitted:  March 23, 2000          Decided:  March 29, 2000

─────────────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────────

Dismissed by unpublished per curiam opinion.

─────────────────

James M. Hall, Jr., Appellant Pro Se.  Stephen Wiley Miller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James M. Hall, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Hall</u>, Nos. CR-90-9; CA-97-309-3 (E.D. Va. Sept. 3, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>